UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVANT GARDNER, LLC,<br><br>         Plaintiff,<br><br>-against-<br><br>MANHATTAN MIRAGE et al.,<br><br>         Defendants. | 25-CV-948 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The June 25, 2025 default judgment hearing is ADJOURNED to **July 10, 2025** at **4:30 PM**. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 898 871 336, followed by the pound (#) key.

  Plaintiffs are ORDERED to serve Defendants via overnight courier with a copy of this Order **within one business day of the date of this Order**. Within **two business days of service**, Plaintiff must file proof of such service on the docket.

  SO ORDERED.

Dated: June 26, 2025
    New York, New York

                     _____
                       ARUN SUBRAMANIAN
                      United States District Judge